IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MERCK & CO., INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-310 |
| | ) | |
| TEVA PHARMACEUTICALS USA, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**RULE 7.1 DISCLOSURE STATEMENT OF MERCK & CO., INC.**

  Merck & Co., Inc. is publicly traded on the New York Stock Exchange. It has no parent corporation and no publicly held corporation owns more than 10% of its stock.

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

John F. Lynch
HOWREY, LLP
750 Bering Drive
Houston, TX 77057-2198
713.787.1400

Nicolas G. Barzoukas
Suzy S. Harbison
Jason C. Abair
WEIL, GOTSHAL & MANGES
700 Louisiana, Suite 1600
Houston, TX 77002
713.546.5000

Paul D. Matukaitis
MERCK & CO., INC.
One Merck Drive
Whitehouse Station, NJ 08889-0100
908.423.1000

Edward W. Murray
Gerard M. Devlin
MERCK & CO., INC.
126 E. Lincoln Avenue RY28-320
Rahway, NJ 07065-0907
732.594.4000

Dated: May 11, 2006

*/s/ Mary B. Graham*
_____
Mary B. Graham (# 2256)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
302.658.9200

*Attorneys for Plaintiff
Merck & Co., Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2006, true and correct copies of the foregoing were caused to be served upon defendant via its registered agent in the manner indicated:

**BY HAND**

Teva Pharmaceuticals USA, Inc.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE  19801

*/s/ Mary B. Graham*

Mary B. Graham (#2256)

520011