IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | C.A. No. 06-310-GMS |

**DEFENDANT TEVA PHARMACEUTICALS USA, INC.'S MOTION UNDER
FED. R. CIV. P. 12(b)(6) TO DISMISS PLAINTIFF MERCK & CO., INC.'S
COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF
CAN BE GRANTED**

Defendant Teva Pharmaceuticals USA, Inc. ("Teva"), by and through its undersigned counsel, hereby respectfully moves the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss the Complaint of Plaintiff Merck & Co., Inc. (D.I. 1) for failure to state a claim upon which relief can be granted. The basis for this motion is more fully set forth in Teva's Opening Brief, filed contemporaneously herewith. A proposed form of Order is attached.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

May 31, 2006

/s/ Josy W. Ingersoll
Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Adam W. Poff (#3990) [apoff@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

*Attorneys for Defendant,
Teva Pharmaceuticals USA, Inc.*

OF COUNSEL:

James Galbraith
Maria Luisa Palmese
William G. James II
Huiya Wu
Colman B. Ragan
**KENYON & KENYON LLP**
One Broadway
New York, New York 10004
(212) 425-7200

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on May 31, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send e-mail notification that such filing is available for viewing and downloading to the following counsel of record:

> Mary B. Graham
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899
> (302) 658-9200
> mbgefiling@mnat.com

I further certify that on May 31, 2006, I caused a copy of the foregoing document to be served on the above-listed counsel of record by e-mail [mgraham@mnat.com] and hand delivery, and on the following non-registered participants in the manner indicated below:

> ***By E-Mail and FedEx***
>
> John F. Lynch
> HOWREY, LLP
> 750 Bering Drive
> Houston, TX 77057
> 713-787-1400
> lynchj@howrey.com
>
> Nicolas G. Barzoukas
> WEIL, GOTSHAL & MANGES
> 700 Louisiana, Suite 1600
> Houston, TX 77002
> 713-546-5000
> nicolas.barzoukas@weil.com

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Karen L. Pascale
> _____
> Karen L. Pascale (No. 2903)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801
> (302) 571-6600
> kpascale@ycst.com
>   *Attorneys for Defendant,*
>   *Teva Pharmaceuticals USA, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC.,<br><br>   Plaintiff,<br><br>  v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>   Defendant. | C.A. No. 06-310-GMS |

## ORDER

  Defendant, Teva Pharmaceuticals USA, , Inc. ("Teva"), having moved, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss the Complaint of Plaintiff Merck & Co., Inc. (D.I. 1) for failure to state a claim upon which relief can be granted, and the Court having considered the parties' submissions thereon,

  IT IS HEREBY ORDERED this ____ day of _____, 2006, that Teva's motion to dismiss (D.I. ____) is GRANTED.

_____
UNITED STATES DISTRICT JUDGE