IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MERCK & CO., INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-310 (GMS) |
| | ) | |
| TEVA PHARMACEUTICALS USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of William G. James, James Galbraith, Maria Luisa Palmese, Colman B. Ragan and Huiya Wu to represent Teva Pharmaceuticals USA, Inc. in this matter. In accordance with Standing Order for District Court Fund, I further certify that the annual fee of $25.00 for each admission will be submitted to the Clerk's Office upon the filing of this motion.

Dated:   June 1, 2006

By: _____
Josy W. Ingersoll (#1088)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
jingersoll@ycst.com
Tele: (302) 571-6672
Attorneys for Defendant, Teva Pharmaceuticals USA Inc.

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admissions *pro hac vice* is granted.

Date: _____, 2006        _____
United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon filing of this motion.

William G. James, II
Kenyon & Kenyon LLP
1500 K. Street N.W. Suite 700
Washington, DC 20005
(202) 220-4200

Dated: May 26, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon filing of this motion.

James Galbraith
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004
(212) 425-7200

Dated: May 26, 2006

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon filing of this motion.

                                                                   /s/ Maria Luisa Palmese
Maria Luisa Palmese
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004
(212) 425-7200

Dated: May 26, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon filing of this motion.

Colman B. Ragan
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004
(212) 425-7200

Dated: May 26, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon filing of this motion.

/s/ Huiya Wu
Huiya Wu
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004
(212) 425-7200

Dated: May 26, 2006

## CERTIFICATE OF SERVICE

I, Josy W. Ingersoll, Esquire, hereby certify that on June 1, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send e-mail notification that such filing is available for viewing and downloading to the following counsel of record:

>Mary B. Graham, Esquire
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 North Market Street
>Wilmington, DE  19801

I further certify that on June 1, 2006, I caused a copy of the foregoing document to be served on the above-listed counsel of record by e-mail [mgraham@mnat.com] and hand delivery, and on the following non-registered participants in the manner indicated below:

>***By E-Mail***
>
>John F. Lynch, Esquire
>HOWREY, LLP
>750 Bering Drive
>Houston, TX  77057
>713-787-1400
>lynchj@howrey.com
>
>Nicolas G. Barzoukas, Esquire
>WEIL, GOTSHAL & MANGES
>700 Louisiana, Suite 1600
>Houston, TX  77002
>713-546-5000
>nicolas.barzoukas@weil.com

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ Josy W. Ingersoll
>Josy W. Ingersoll (#1088)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware  19801
>(302) 571-6600
>jingersoll@ycst.com
>   *Attorneys for Defendant,*
>   *Teva Pharmaceuticals USA, Inc.*