IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | C.A. No. 06-310-GMS |

**DEFENDANT TEVA PHARMACEUTICALS USA, INC.'S MOTION UNDER FED. R. CIV. P. 12(b)(6) TO DISMISS PLAINTIFF MERCK & CO., INC.'S FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

Defendant Teva Pharmaceuticals USA, Inc. ("Teva"), by and through its undersigned counsel, hereby respectfully moves the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss the First Amended Complaint of Plaintiff Merck & Co., Inc. (D.I. 9) for failure to state a claim upon which relief can be granted. The basis for this motion is more fully set forth in Teva's Opening Brief, filed contemporaneously herewith. A proposed form of Order is attached.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

June 23, 2006

Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Adam W. Poff (#3990) [apoff@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

*Attorneys for Defendant,*
*Teva Pharmaceuticals USA, Inc.*

OF COUNSEL:

James Galbraith
Maria Luisa Palmese
William G. James II
Huiya Wu
Colman B. Ragan
**KENYON & KENYON LLP**
One Broadway
New York, New York 10004
(212) 425-7200

**CERTIFICATE OF SERVICE**

    I, Adam W. Poff, Esquire, hereby certify that on June 23, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send e-mail notification that such filing is available for viewing and downloading to the following counsel of record:

        Mary B. Graham, Esquire
        MORRIS, NICHOLS, ARSHT & TUNNELL LLP
        1201 North Market Street
        Wilmington, DE 19801

    I further certify that on June 23, 2006, I caused a copy of the foregoing document to be served on the above-listed counsel of record by e-mail [mgraham@mnat.com] and hand delivery, and on the following non-registered participants in the manner indicated below:

        ***By E-Mail***

        John F. Lynch, Esquire
        HOWREY, LLP
        750 Bering Drive
        Houston, TX 77057
        713-787-1400
        lynchj@howrey.com

        Nicolas G. Barzoukas, Esquire
        WEIL, GOTSHAL & MANGES
        700 Louisiana, Suite 1600
        Houston, TX 77002
        713-546-5000
        nicolas.barzoukas@weil.com

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        _____
        Adam W. Poff (#3990)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        (302) 571-6600
        apoff@ycst.com
            *Attorneys for Defendant,*
            *Teva Pharmaceuticals USA, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>　　　　　　Defendant. | C.A. No. 06-310-GMS |

### ORDER

　　Defendant, Teva Pharmaceuticals USA, , Inc. ("Teva"), having moved, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss the First Amended Complaint of Plaintiff Merck & Co., Inc. (D.I. 9) for failure to state a claim upon which relief can be granted, and the Court having considered the parties' submissions thereon,

　　IT IS HEREBY ORDERED this ____ day of _____, 2006, that Teva's motion to dismiss (D.I. ____) is GRANTED.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE