IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | C.A. No. 06-310-GMS |

**DEFENDANT TEVA PHARMACEUTICALS USA, INC.'S
MOTION UNDER FED. R. CIV. P. 11(b) FOR SANCTIONS
AGAINST COUNSEL FOR PLAINTIFF MERCK & CO., INC.**

Teva Pharmaceuticals USA, Inc. ("Teva USA") brings this motion under Fed. R. Civ. P. 11(b) for sanctions against counsel for plaintiff Merck & Co., Inc. ("Merck"), for filing a baseless complaint in this action against Teva USA for an improper purpose. Merck's complaint seeks to reopen the judgment of the Federal Circuit Court of Appeals in *Merck & Co. v. Teva Pharmaceuticals USA, Inc.*, 395 F.3d 1395 (Fed. Cir. 2005) (Complaint (D.I. 1), Ex. I), a patent infringement case that Merck lost. Merck and its lawyers know that the stated basis for the complaint – that Teva USA's counsel committed a fraud on the court in that case – is false, and Merck has brought the complaint solely to delay a related case, *Merck & Co. v. Teva Pharmaceuticals USA, Inc.*, Civil Action No. 04-939 (GMS), which is pending in this Court.

The grounds for this motion are more fully set forth in Teva USA's Opening Brief, in support of its motion, submitted contemporaneously herewith

June 5, 2006

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen L. Pascale

Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Adam W. Poff (No. 3990) [apoff@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

*Attorneys for Defendant,*
*Teva Pharmaceuticals USA, Inc.*

OF COUNSEL:

James Galbraith
Maria Luisa Palmese
William G. James II
Huiya Wu
Colman B. Ragan
**KENYON & KENYON LLP**
One Broadway
New York, New York 10004
(212) 425-7200

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on June 5, 2006, I caused to be served a true and correct copy of the foregoing *Defendant Teva Pharmaceuticals USA, Inc.'s Motion Under Fed. R. Civ. P. 11(b) for Sanctions Against Counsel for Plaintiff Merck & Co., Inc.* on the following counsel of record:

### By Hand Delivery

Mary B. Graham
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

### By FedEx

John F. Lynch
HOWREY, LLP
750 Bering Drive
Houston, TX 77057
713-787-1400

Nicolas G. Barzoukas
Suzy S. Harbison
Jason C. Abair
WEIL, GOTSHAL & MANGES
700 Louisiana, Suite 1600
Houston, TX 77002
713-546-5000

Paul D. Matukaitis
MERCK & CO., INC.
One Merck Drive
Whitehouse Station, NJ 08889-0100
908-423-1000

Edward W. Murray
Gerard M. Devlin
MERCK & CO., INC.
126 E. Lincoln Avenue RY28-320
Rahway, NJ 07065-0907
732-594-4000

*/s/ Karen L. Pascale*
_____
Karen L. Pascale (No. 2903)