IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC.,<br><br>Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | C.A. No. 06-310-GMS |

**NOTICE OF WITHDRAWAL OF
DEFENDANT TEVA PHARMACEUTICALS USA, INC.'S
MOTION UNDER FED. R. CIV. P. 11(b) FOR SANCTIONS
AGAINST COUNSEL FOR PLAINTIFF MERCK & CO., INC.**

Plaintiff Merck & Co., Inc. ("Merck") having dismissed this action on June 30, 2006, pursuant to Fed. R. Civ. P. 41(a)(1)(i) (D.I. 17), Teva Pharmaceuticals USA, Inc. ("Teva USA") hereby withdraws its motion under Fed. R. Civ. P. 11(b) for sanctions against counsel for Merck (D.I. 15).

July 5, 2006

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen L. Pascale
_____
Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Adam W. Poff (No. 3990) [apoff@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

*Attorneys for Defendant,
Teva Pharmaceuticals USA, Inc.*

OF COUNSEL:

James Galbraith
Maria Luisa Palmese
William G. James II
Huiya Wu
Colman B. Ragan
**KENYON & KENYON LLP**
One Broadway
New York, New York 10004
(212) 425-7200

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on July 5, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send e-mail notification that such filing is available for viewing and downloading to the following counsel of record:

> Mary B. Graham
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899
> (302) 658-9200
> mbgefiling@mnat.com

I further certify that on July 5, 2006, I caused a copy of the foregoing document to be served on the above-listed counsel of record by e-mail [mgraham@mnat.com] and hand delivery, and on the following non-registered participants in the manner indicated below:

> *By E-Mail and FedEx*
>
> John F. Lynch
> HOWREY, LLP
> 750 Bering Drive
> Houston, TX 77057
> 713-787-1400
> lynchj@howrey.com
>
> Nicolas G. Barzoukas
> WEIL, GOTSHAL & MANGES
> 700 Louisiana, Suite 1600
> Houston, TX 77002
> 713-546-5000
> nicolas.barzoukas@weil.com

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Karen L. Pascale
> _____
> Karen L. Pascale (No. 2903)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801
> (302) 571-6600
> kpascale@ycst.com
>    *Attorneys for Defendant,*
>    *Teva Pharmaceuticals USA, Inc.*